HUTCHINSON *v.* SIBLEY MANUFACTURING COMPANY.

LUMPKIN, P. J. The petition was in substance good and set forth a cause of action. Such defects in form as were pointed out by the special demurrer were cured by appropriate amendment. As no new question of law or practice is involved, a detailed discussion of the points presented is unnecessary.

*Judgment reversed. All the Justices concurring.*

Argued February 6, — Decided February 27, 1900.

Action for damages.· Before Judge Eve. City court of Richmond county. March 11, 1899.

*F. E. Obenauf,* for plaintiff. *H. C. Roney,* for defendant.